# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN BODELL, | CASE NO. ~~16cv1308-WQH-BGS~~ |
| Plaintiff, | ORDER |
| v. | |
| CREDX DEBT RECOVERY, LLC and GREENSTREAM LENDING, | |
| Defendants. | |

FILED FEB 01 2018 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

HAYES, Judge:

On December 26, 2018, the Court entered an Order pursuant to Federal Rule of Civil Procedure 4(m) stating:

> This Order constitutes notice to Plaintiff that the Court will dismiss this action against Defendant CredX Debt Recovery, LLC without prejudice unless, no later **January 19, 2018**, Plaintiff files either (1) proof that service of the summons and complaint was timely effectuated or (2) a declaration under penalty of perjury showing good cause for failure to timely effect service upon the Defendant accompanied by a motion for leave to serve process outside of the 90-day period.

(ECF No. 8). The record reflects that no response to the December 26, 2017 Order has been filed.

IT IS HEREBY ORDERED that Defendant CredX Debt Recovery, LLC is dismissed from this action without prejudice. The Clerk of Court is directed to close this case.

DATED: 1/31/18

**WILLIAM Q. HAYES**
United States District Judge